FILED
Samuel L. Kay, Clerk
United States Bankruptcy Court
Augusta, Georgia
By vwingfield at 10:28 am, Sep 15, 2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MARC & CELESTE BELL,<br>DEBTOR/PLAINTIFF,<br><br>VS.<br><br>GMAC MORTGAGE, LLC<br>DEFENDANT. | ) CHAPTER 13 CASE #08-10888<br>)<br>)<br>) ADVERSARY PROCEEDING<br>) CASE # 11-01004<br>) |

### CONSENT JUDGMENT AND ORDER

On January 27, 2011, Marc & Celeste Bell (Plaintiff) filed this Adversary Complaint against GMAC Mortgage, LLC (Defendant), seeking a determination that Defendant's lien upon Plaintiff's real property commonly known as 5123 Parnell Way, Martinez Georgia 30907 and improvements thereon, be declared a general unsecured claim.

A Consent Order Resolving Complaint was signed and forwarded to the Court on August 11, 2011. Parties having Consented to the Entry of Judgment with the following terms and conditions:

1. Debtors' request for entry of judgment against GMAC for violation of the automatic stay Order, attorneys' fees, actual damages, and punitive damages is denied.

2. According to Plaintiffs' Complaint, the Property is encumbered by the first lien only by GMAC Mortgage, LLC. The outstanding debt to the first position lienholder exceeds the total value of the property. As a result, Plaintiffs brought this Adversary to have GMAC Mortgage, LLC, Defendant, and second lien holder, claim classified as unsecured, rather than secured, and said debt be subject to discharge.

3. Plaintiffs' confirmed Plan values Defendant's claim at $0.00. Plaintiffs' Complaint also requests an order declaring the lien null and void and be recorded in the appropriate real estate records as such at the time of Discharge.

For these reasons, it is hereby ORDERED that, a Judgment be entered and Defendant's claim as a second lien holder be treated as unsecured and Defendant's second lien against the Property shall become null and void upon Plaintiffs' receipt of Discharge in the underlying Bankruptcy and Defendant to file the appropriate paperwork at the time of said Discharge.

This 13th day of September, 2011.

SUSAN D BARRETT
United State Bankruptcy Judge

Prepared and Consented by:

s/Angela McElroy-Magruder
Angela McElroy-Magruder
512 Telfair Street
Augusta GA 30901
706-724-6000
email: mcelroymagruder@aol.com

s/Matthew R Brooks
Matthew R Brooks (Ga Bar 378018)
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street, Ste 5200
Atlanta GA 30308-2216
404-885-3000
email: matthew.brooks@troutmansanders.com